| | |
|---|---|
| 1 | DONALD P. EICHHORN (SBN 139863) |
|   | MARK L. COKEE   (State Bar No. 225818) |
| 2 | **WILSON, ELSER, MOSKOWITZ,** |
|   |    **EDELMAN & DICKER LLP** |
| 3 | 525 Market Street, 17th Floor, |
|   | San Francisco, CA 94105-2725 |
| 4 | Telephone: 415.433.0990 |
|   | Facsimile: 415.434.1370 |

Attorneys for Defendant
BLACK & DECKER (U.S.) INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIMBERLY PENN, | ) | Case No. 2:11-CV-02574-MCE-CMK |
|  | ) |  |
| Plaintiff, | ) | **STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE JOINT STATUS REPORT** |
| vs. | ) |  |
|  | ) |  |
| BLACK & DECKER (U.S.) INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

   WHEREAS Plaintiff Kimberly Penn ("Plaintiff") filed a complaint against Defendant Black & Decker (U.S.) Inc. ("Defendant") on September 29, 2011.

   WHEREAS Defendant was served with the complaint on October 6, 2011.

   WHEREAS the court's Order Requiring Joint Status Report states that "Within sixty (60) days of service of the complaint on any party … the parties shall confer as required by Fed. R. Civ. P. 26(f) and shall prepare and submit to the Court a joint status report that includes the Rule 26(f) discovery plan."

   WHEREAS according to the court's Order Requiring Joint Status Report, the parties' deadline to file such document is on December 5, 2011.

   WHEREAS Defendant asserts that it is merely a licensor of a trade name and did not design, manufacture or distribute the subject product in this lawsuit.

---

STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE JOINT STATUS REPORT
**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**

WHEREAS Plaintiff and Defendant are presently in discussions for a possible dismissal of Defendant and the addition of another party in Defendant's place.

WHEREAS Plaintiff and Defendant would require additional time to complete research and discussions on the dismissal of Defendant, and Plaintiff would require additional time for the filing of an amended complaint, if one is subsequently required.

NOW, THEREFORE, the parties stipulate and request that the court grant an extension of time for the parties to submit the joint status report on <u>January 5, 2012</u>.

IT IS SO STIPULATED.

Dated: December 1, 2011                                   BUTLER VIADRO, LLP

                                                          By: /s/ Christopher Viadro
                                                          CHRISTOPHER A. VIADRO
                                                          DAVID PERALTA
                                                          Attorneys for Plaintiffs
                                                          KIMBERLY PENN

Dated: December 1, 2011                                   WILSON, ELSER, MOSKOWITZ,
                                                             EDELMAN & DICKER LLP

                                                          By: /s/ Mark L. Cokee
                                                          DONALD P. EICHHORN
                                                          MARK L. COKEE
                                                           Attorneys for Defendants
                                                           BLACK & DECKER (U.S.) INC.

APPROVED AND SO ORDERED.
Dated: December 5, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

2
STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE JOINT STATUS REPORT
**Error! Unknown document property name.**