1  DONALD P. EICHHORN (SBN 139863)
   MARK L. COKEE    (State Bar No. 225818)
2  **WILSON, ELSER, MOSKOWITZ,**
       **EDELMAN & DICKER LLP**
3  525 Market Street, 17th Floor,
   San Francisco, CA 94105-2725
4  Telephone: 415.433.0990
   Facsimile: 415.434.1370

   Attorneys for Defendant
   BLACK & DECKER (U.S.) INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY PENN, | Case No. 2:11-CV-02574-MCE-CMK |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF DEFENDANT BLACK & DECKER (U.S.) INC. [FRCP 41]. ORDER** |
| vs. | |
| BLACK & DECKER (U.S.) INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Plaintiff's action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1) <u>as to Defendant BLACK & DECKER (U.S.) INC. only</u>. Each party is to bear its own costs and fees.

Dated: January 31, 2012                WILSON, ELSER, MOSKOWITZ,
                                           EDELMAN & DICKER LLP

                                       By:  /s/ Mark L. Cokee
                                            DONALD P. EICHHORN
                                            MARK L. COKEE
                                            Attorneys for Defendant
                                            BLACK & DECKER (U.S.) INC.

---

STIPULATION FOR DISMISSAL OF DEF. BLACK & DECKER (U.S.) INC. [FRCP 41]
**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**

|     |     |
| --- | --- |
| Dated: January 31, 2012 | BUTLER VIADRO LLP |
|  | By:  /s/ Christopher A. Viadro |
|  | CHRISTOPHER A. VIADRO |
|  | DAVID PERALTA |
|  | Attorneys for Plaintiff |
|  | KIMBERLY PENN |

APPROVED AND SO ORDERED.

Dated:  March 5, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE