DONALD P. EICHHORN (SBN 139863)
MARK L. COKEE    (State Bar No. 225818)
**WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP**
525 Market Street, 17th Floor,
San Francisco, CA 94105-2725
Telephone: 415.433.0990
Facsimile: 415.434.1370

Attorneys for Defendant
BLACK & DECKER (U.S.) INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY PENN, | Case No. 2:11-CV-02574-MCE-CMK |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF DEFENDANT BLACK & DECKER (U.S.) INC. [FRCP 41]. ORDER** |
| vs. | |
| BLACK & DECKER (U.S.) INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Plaintiff's action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1) <u>as to Defendant BLACK & DECKER (U.S.) INC. only</u>.  Each party is to bear its own costs and fees.

Dated: January 31, 2012                     WILSON, ELSER, MOSKOWITZ,
                                                                EDELMAN & DICKER LLP

                                               By:  /s/ Mark L. Cokee
                                                    DONALD P. EICHHORN
                                                    MARK L. COKEE
                                                    Attorneys for Defendant
                                                    BLACK & DECKER (U.S.) INC.

| | |
|---|---|
| Dated: January 31, 2012 | BUTLER VIADRO LLP |
| | By: /s/ Christopher A. Viadro |
| | CHRISTOPHER A. VIADRO |
| | DAVID PERALTA |
| | Attorneys for Plaintiff |
| | KIMBERLY PENN |

APPROVED AND SO ORDERED.

Dated: March 5, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE