UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY PENN, | No. 2:11-cv-02574-MCE-CMK |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL |
| BLACK & DECKER (U.S.) INC., ET AL., | |
| Defendant. | |

YOU ARE HEREBY NOTIFIED the December 2, 2013 jury trial is vacated and continued to **March 31, 2014**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **January 23, 2014**.  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the October 3, 2013 Final Pretrial Conference is vacated and continued to **February 6, 2014,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **January 16, 2014** and shall comply with the procedures outlined in the Court's  Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

1

Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **January 16, 2014.**  Oppositions must be filed by **January 23, 2014** and any reply must be filed by **January 30, 2014.**  The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: November 7, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE