JAMES G. BUTLER, JR., NO. 135320
CHRISTOPHER A. VIADRO, NO. 160260
BUTLER VIADRO, LLP
414 13th Street, 7th Floor
Oakland, CA 94612
Telephone: (510) 287-2400
Facsimile: (510) 287-2401
*inbox@butlerviadro.com*

ATTORNEYS FOR PLAINTIFF
KIMBERLY PENN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY PENN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLICA CONSUMER PRODUCTS, INC.,<br><br>　　　　Defendant. | CASE NO. 2:11-CV-02574-MCE-CMK<br><br>**STIPULATION AND ORDER TO CONTINUE PRE-TRIAL DATES**<br><br><br>Trial Date:　　　3/31/14 |

　　　　WHEREAS the pre-trial conference and trial in this matter were initially set for October 3, 2012, and December 13, 2013, respectively, and all other pre-trial deadlines were set in accordance with the above dates.

　　　　WHEREAS the Court continued the pre-trial conference and trial date in this matter to February 6, 2014, and March 31, 2014, respectively.

　　　　WHEREAS the parties received a Pretrial Scheduling Order dated June 8, 2012, based on the original pre-trial conference and trial dates that set the following deadlines:

　　　　February 4, 2013 – Closure of non-expert discovery;

　　　　April 2, 2013 – Disclosure of expert witnesses;

　　　　April 22, 2013 – Disclosure of supplemental list of expert witnesses; and

　　　　August 8, 2013 – Deadline to file dispositive motions (filing times as set in the Pretrial

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL DATES

1  Scheduling Order of June 8, 2012).

2      WHEREAS the parties agree that considerable discovery remains to be conducted.

3      WHEREAS the parties agree that the above deadlines should be moved commensurate with

4  the new trial date to the dates listed below, or to another such date that the Court deems appropriate:

5      May 31, 2013 – Closure of non-expert discovery;

6      August 2, 2013 – Disclosure of expert witnesses;

7      August 22, 2013 – Disclosure of supplemental list of expert witnesses; and

8      December 6, 2013 – Deadline to file dispositive motions (filing times as set in the Pretrial

9  Scheduling Order of June 8, 2012).

10      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between

11  Plaintiff and Defendant through their attorneys of record that the pre-trial deadlines set in the

12  Pretrial Scheduling Order of June 8, 2012, be continued as outlined above, or as the Court deems

13  appropriate.

14      IT IS SO STIPULATED.

16  DATED: December ___, 2012    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

19  By: _____
    Donald Eichhorn
    Attorneys for Defendant
    APPLICA CONSUMER PRODUCTS, INC.

23  DATED:  January ___, 2013    BUTLER VIADRO LLP

26  By: _____
    Christopher A. Viadro
    Attorneys for Plaintiff
    KIMBERLY PENN

**ORDER**

In accordance with the above stipulation and agreement of the parties, and good cause appearing, the Court hereby orders the following pre-trial deadlines:

May 31, 2013 – Closure of non-expert discovery;

August 2, 2013 – Disclosure of expert witnesses;

August 22, 2013 – Disclosure of supplemental list of expert witnesses; and

December 6, 2013 – Deadline to file dispositive motions (filing times as set in the Pretrial Scheduling Order of June 8, 2012).

December 19, 2013, at 2:00 PM in Courtroom 7—Date for Dispositive Motion Hearing

May 29, 2014 at 2:00 PM in Courtroom 7—Final Pretrial Conference

July 28, 2014 at 9:00 AM in Courtroom 7—Jury Trial

APPROVED AND SO ORDERED.

Dated: January 4, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT