JAMES G. BUTLER, JR., NO. 135320
CHRISTOPHER A. VIADRO, NO. 160260
BUTLER VIADRO, LLP
414 13th Street, 7th Floor
Oakland, CA 94612
Telephone: (510) 287-2400
Facsimile: (510) 287-2401
*inbox@butlerviadro.com*

ATTORNEYS FOR PLAINTIFF
KIMBERLY PENN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY PENN, | CASE NO. 2:11-CV-02574-MCE-CMK |
| Plaintiff, | **ORDER REGARDING IDENTITY OF WITNESSES** |
| v. | |
| APPLICA CONSUMER PRODUCTS, INC., | |
| Defendant. | Trial Date:     12/2/13 |

On June 6, 2013, the parties appeared telephonically through counsel before the undersigned as a result of a discovery dispute between them in the above captioned product liability personal injury action. In the course of discovery, defendant Applica Consumer Products, Inc. had produced certain documents in response to a request made by plaintiff Kimberly Penn. These documents are located at Bates Nos. Applica 599-627 and, in part, identify individuals who had made complaints about the same model product which allegedly caused injury to plaintiff. In producing these documents, defendant redacted the name and contact information of the individuals making the complaints. Defendant objected to producing their identities and contact information asserting the privacy rights of those individuals. Plaintiff claims that there is no privacy right to be asserted as to the subject information.

Having heard the positions and arguments of the parties and good cause appearing, it is

herein ordered that defendant Applica Consumer Products, Inc. shall produce all information in Bates Nos. 599-627, i.e., with no information redacted. Said production shall be within 10 days of the signing of this order.

IT IS SO ORDERED.

Dated:  July 30, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

Approved as to form:

/s/ Don Eichhorn, Esq.
Don Eichhorn, Esq.
Counsel for Applica Consumer Products, Inc.

4811-9004-5204, v.  1