JAMES G. BUTLER, JR., NO. 135320
CHRISTOPHER A. VIADRO, NO. 160260
BUTLER VIADRO, LLP
414 13th Street, 7th Floor
Oakland, CA 94612
Telephone: (510) 287-2400
Facsimile: (510) 287-2401
*inbox@butlerviadro.com*

ATTORNEYS FOR PLAINTIFF
KIMBERLY PENN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY PENN, | CASE NO. 2:11-CV-02574-MCE-CMK |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE DATE** |
| v. | |
| APPLICA CONSUMER PRODUCTS, INC., | |
| Defendant. | Trial Date:        3/31/14 |

Plaintiff herein seeks to extend the expert disclosure date in this matter as a result of (1) Plaintiff's pending settlement demand and (2) outstanding discovery issues which need to be addressed before expert disclosure.

By way of background, the above referenced personal injury action stems from Plaintiff's allegation that defendant Applica Consumer Products, Inc. distributed a glass coffee carafe and coffeemaker and that said carafe injured her. Specifically, Plaintiff alleges that the carafe collapsed/shattered while she was handling it, that the nerves, tendons and ligaments in her wrist were severed in the process and that the function and sensation of the hand are permanently substantially limited. Expert disclosure is presently scheduled for August 2, 2013. The pre-trial conference is set for February 6, 2014, and the trial for March 31, 2014.

1        On April 26, 2013, Plaintiff served defendant with deposition notice for a further

2    Deposition of defendant and on May 14, 2013, Plaintiff served defendant with notice of a third party

3    deposition of the company that fields consumer complaints about Applica Consumer Products,

4    Inc.'s products. In advance of those depositions, Plaintiff's counsel contacted defense counsel and

5    indicated that Plaintiff would be preparing a settlement demand and proposed that these out of state

6    depositions be deferred until service of the settlement demand to potentially obviate the need and

7    expense for same if the matter could be resolved informally. Defendant was amenable to this

8    approach. On June 28, 2013, Plaintiff served defendant with a settlement demand.

9        In addition, on March 31, 2013, in response to a request for production of documents,

10    Defendant served Plaintiff with documents detailing complaints that its glass coffee carafes were

11    breaking. Defendant redacted the names and contact information for the consumers that had made

12    the complaints. The parties met and conferred regarding the disclosure of this information. Unable

13    to reach an agreement, an informal hearing was held before the Court on June 6, 2013. As a result of

14    the hearing, the Court was to issue an order permitting such discovery. On June 10, 2013, Plaintiff

15    submitted a proposed order to Defendant for approval as to form. On July 1, 2013, defense counsel

16    indicated that he was still reviewing the matter.  On July 22, Defense counsel provided approval. Said

17    order was submitted to the Court on July 25, 2013. The parties await the Court's order. Plaintiff

18    believes that informal discovery pertaining to these witnesses may have a bearing on liability issues in

19    this case and that such discovery needs to be conducted in advance of expert disclosure.

20        Plaintiff is informed that defendant is in the process of evaluating Plaintiff's demand.

21        Plaintiff, therefore, seeks to extend the August 2, 2013, expert disclosure date to (1) allow

22    the parties additional time to explore settlement and (2) to allow Plaintiff to complete additional non-

23    expert discovery that was either postponed because of settlement discussions or the aforementioned

24    discovery dispute.

25    ///

26    ///

27    ///

28    ///

STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE DATE

1

## STIPULATION

2      IT IS HEREIN STIPULATED THAT the August 2, 2103, expert disclosure date may be

3 Continued to September 17 or such other date that the Court deems proper.

4

5 DATED: July 25, 2013                     WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                          DICKER LLP
6

7                                         By:    /s/ Donald Eichhorn
                                                 Donald Eichhorn
8                                                Attorneys for Defendant
9                                                APPLICA CONSUMER PRODUCTS, INC.

10 DATED:  July 25, 2013                   BUTLER VIADRO LLP

11

12                                        By:    /s/ Christopher A. Viadro
13                                               Christopher A. Viadro
                                                 Attorneys for Plaintiff
14                                               KIMBERLY PENN

15                                        **ORDER**

16      IT IS ORDERED that the August 2, 2103, expert disclosure date is continued to **September**

17 **17, 2013,** based on the stipulation of the parties and the assertions set forth above.

18 Dated:  August 5, 2013

19

20

21      MORRISON C. ENGLAND, JR., CHIEF JUDGE
        UNITED STATES DISTRICT COURT
22

23

24

25

26

27

28