UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KIMBERLY PENN,                         No. 2:11-cv-02574-MCE-CMK

      Plaintiff,

  v.                                   ORDER CONTINUING TRIAL

APPLICA CONSUMER PRODUCTS, INC.,

      Defendant.
_____/

YOU ARE HEREBY NOTIFIED the July 28, 2014 jury trial is vacated and continued to **November 3, 2014**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **August 21, 2014.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the May 29, 2014 Final Pretrial Conference is vacated and continued to **September 4, 2014**, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **August 14, 2014** and shall comply with the procedures outlined in the Court's June 11, 2012 Pretrial Scheduling Order. The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **August 14, 2014.**  Oppositions must be filed by **August 21, 2014** and any reply must be filed by **August 28, 2014.**  The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: March 5, 2014

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE