UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY PENN,<br><br>             Plaintiff,<br><br>      v.<br><br>APPLICA CONSUMER PRODUCTS, INC.,<br><br>             Defendant. | CASE NO. 2:11-CV-02574-MCE-CMK<br><br>**STIPULATION AND ORDER TO DISMISS CASE**<br><br>Trial Date:         11/3/14 |

**ORDER**

The Court, having received the parties' Stipulation of Dismissal, ECF No. 41, now ORDERS that this lawsuit is DISMISSED, WITH PREJUDICE, with each party to bear its own costs. The Clerk is ordered to CLOSE this case.

IT IS SO ORDERED.

Dated: April 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT